UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. 3:12-MJ-00240 |
| | ) | |
| v. | ) | **ORDER UNSEALING** |
| | ) | **CRIMINAL COMPLAINT** |
| **CATHY CISNEROS** | ) | |

UPON MOTION of the United States of America, by and through Anne Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Criminal Complaint, Affidavit, and Arrest Warrant in the above-captioned case be unsealed.

Respectfully submitted, on this 23rd day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
DAVID C. KEESLER